# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CAMDEN BARLOW, et al.,
    Plaintiffs

    v.

WARDEN DAVID J. EBBERT, et al.,
    Defendants

No. 1:18-cv-00716

(Judge Rambo)

## ORDER

**AND NOW**, on this 10th day of October 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiffs' motion for a temporary restraining order and preliminary injunction (Doc. No. 2), is **DENIED**;

2. Plaintiff Wilson's motion pursuant to Federal Rule of Evidence 201 (Doc. No. 63), is **DENIED as moot**;

3. Plaintiff Railey's motion for leave to file an amended complaint (Doc. No. 65), is **DENIED without prejudice**;

4. Plaintiff Railey's motion for reconsideration (Doc. No. 68), is **DENIED**;

5. Plaintiff Railey's motion to sever party from action (Doc. No. 81), is **GRANTED** as follows:

   a. The claims of Plaintiff Nathan Railey will proceed under this matter, No. 18-cv-716;

   b. The Clerk of Court is **DIRECTED** to open the claims of Plaintiffs Camden Barlow, Christopher Alvarez, Terrell Wilson, Doreteo Garcia, and Juan C. Valles in new, individual actions. The original filing date of Plaintiffs' claims will be preserved;

    c. The complaint (Doc. No. 1), the respective prisoner authorization forms and administrative orders (Doc. Nos. 10, 20, 22, 34, 37, 43-45, 47, 48), waivers of service forms (Doc. Nos. 40, 55), and copy of this Memorandum and Order will be docketed in each individual Plaintiff's action;

    d. Each Plaintiff shall file an amended complaint within thirty (30) days from the date of this Order. If a Plaintiff fails to file an amended complaint within the time prescribed herein, the Court will direct Defendants to respond to the remaining First Amendment mail interference/enhancement claim as set forth in the original complaint (Doc. No. 1); and

6. Defendants' motion to stay the proceedings (Doc. No. 83), is **DENIED as moot**.

        s/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge