IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRELL WILSON, | : | |
| Plaintiff | : | |
| | : | No. 1:18-cv-1965 |
| v. | : | |
| | : | (Judge Rambo) |
| WARDEN EBBERT, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 16th day of April 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss and/or motion for summary judgment (Doc. No. 24) is **GRANTED**;

2. The Court **ADOPTS** the Report and Recommendation (Doc. No. 32) of Magistrate Judge Carlson;

3. Plaintiff Terrell Wilson's motion for summary judgment (Doc. No. 11) is **DENIED**;

4. The Clerk of Court is directed to enter judgment in favor of Defendants Warden Ebbert and SIS Officer Buebendorf and against Wilson; and

5. The Clerk of Court is directed to **CLOSE** this case.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge